**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luke W. Holler                                          CHAPTER 13
        Addie B. Holler
                      Debtor(s)                         BKY. NO. 25-10672 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
05 Dec 2025, 10:21:36, EST

Denise Carlon, Esq. (317226)    ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com