# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10672-JCM |
| | : | |
| Luke W. Holler and | : | |
| Addie B. Holler, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**Luke:**

October 16, 2025 – November 27, 2025

**Addie:**

October 16, 2025 – November 26, 2025

**Next Payment Advice Expected (post-filing):**

**Luke:**

December 11, 2025

**Addie:**

December 10, 2025

C.C.           HOLLER, LUKE & ADDIE

Highpoint Tool and Machine
17380 State Hwy 198

Luke W. Holler
96 Grant Street
Cambridge Springs, PA 16403

**Employee Pay Stub**  Check number: 96329  Pay Period: 09/28/2025 - 10/11/2025  Pay Date: 10/16/2025

**Employee**
Luke W. Holler, 96 Grant Street, Cambridge Springs, PA 16403

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| NEW OT Premium | 9.00 | 11.50 | 103.50 | 4,984.10 |
| NEW Indirect Labor Hours | 88.90 | 23.00 | 2,044.70 | 45,312.30 |
| Vacation-Factory | | | | 1,656.00 |
| Holiday | | | | 1,472.00 |
| NEW Direct Labor Hours | | | | 103.50 |
|  | 97.90 | | 2,148.20 | 53,527.90 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401K Employer Match | 85.93 | 1,489.08 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -40.82 | -1,017.03 |
| LST Tax | -2.00 | -42.00 |
| Federal Withholding | -161.00 | -4,379.00 |
| Social Security Employee | -133.19 | -3,318.73 |
| Medicare Employee | -31.14 | -776.15 |
| PA - Withholding | -65.95 | -1,643.31 |
| PA - Unemployment Employee | -1.50 | -37.47 |
|  | -435.60 | -11,213.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| First Nat directdeposit100% Net | -1,547.27 | -39,395.47 |
| Term Life | -4.50 | -94.50 |
| STD | -9.33 | -195.83 |
| Long Term Disability | -2.61 | -54.81 |
| Tool Bill | -20.00 | -340.00 |
| Roth 401k | -128.89 | -2,233.60 |
|  | -1,712.60 | -42,314.21 |

**Net Pay**  0.00

Highpoint Tool and Machine, 17380 State Hwy 198

Powered by Intuit Payroll

Highpoint Tool and Machine
17380 State Hwy 198

Luke W. Holler
96 Grant Street
Cambridge Springs, PA 16403

**Employee Pay Stub**  Check number: 96366  Pay Period: 10/12/2025 - 10/25/2025  Pay Date: 10/30/2025

**Employee**
Luke W. Holler, 96 Grant Street, Cambridge Springs, PA 16403

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| NEW OT Premium | 8.50 | 11.50 | 97.75 | 5,081.85 |
| NEW Indirect Labor Hours | 82.00 | 23.00 | 1,886.00 | 47,198.30 |
| Vacation-Factory | | | | 1,656.00 |
| Holiday | | | | 1,472.00 |
| NEW Direct Labor Hours | | | | 103.50 |
| | 90.50 | | 1,983.75 | 55,511.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -37.69 | -1,054.72 |
| LST Tax | -2.00 | -44.00 |
| Federal Withholding | -141.00 | -4,520.00 |
| Social Security Employee | -122.99 | -3,441.72 |
| Medicare Employee | -28.77 | -804.92 |
| PA - Withholding | -60.90 | -1,704.21 |
| PA - Unemployment Employee | -1.39 | -38.86 |
| | -394.74 | -11,608.43 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| First Nat directdeposit100% Net | -1,433.54 | -40,829.01 |
| Term Life | -4.50 | -99.00 |
| STD | -9.33 | -205.16 |
| Long Term Disability | -2.61 | -57.42 |
| Tool Bill | -20.00 | -360.00 |
| Roth 401k | -119.03 | -2,352.63 |
| | -1,589.01 | -43,903.22 |

**Net Pay**  0.00

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401K Employer Match | 79.35 | 1,568.43 |

Highpoint Tool and Machine, 17380 State Hwy 198                                              Powered by **Intuit Payroll**



Highpoint Tool and Machine
17380 State Hwy 198

Luke W. Holler
96 Grant Street
Cambridge Springs, PA 16403

**Employee Pay Stub**         Check number: 96441         Pay Period: 11/09/2025 - 11/22/2025         Pay Date: 11/27/2025

**Employee**

Luke W. Holler, 96 Grant Street, Cambridge Springs, PA 16403

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| NEW OT Premium | 14.90 | 11.75 | 175.08 | 5,458.18 |
| NEW Indirect Labor Hours | 94.90 | 23.50 | 2,230.15 | 51,670.95 |
| Vacation-Factory | | | | 1,656.00 |
| Holiday | | | | 1,472.00 |
| NEW Direct Labor Hours | | | | 103.50 |
| | 109.80 | | 2,405.23 | 60,360.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -45.70 | -1,146.85 |
| LST Tax | -2.00 | -48.00 |
| Federal Withholding | -191.00 | -4,907.00 |
| Social Security Employee | -149.13 | -3,742.36 |
| Medicare Employee | -34.88 | -875.23 |
| PA - Withholding | -73.84 | -1,853.07 |
| PA - Unemployment Employee | -1.68 | -42.25 |
| | -498.23 | -12,614.76 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| First Nat directdeposit100% Net | -1,726.25 | -44,307.84 |
| Term Life | -4.50 | -108.00 |
| STD | -9.33 | -223.82 |
| Long Term Disability | -2.61 | -62.64 |
| Tool Bill | -20.00 | -400.00 |
| Roth 401k | -144.31 | -2,643.57 |
| | -1,907.00 | -47,745.87 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401K Employer Match | 96.21 | 1,762.39 |

**Net Pay**      0.00

Highpoint Tool and Machine, 17380 State Hwy 198                    Powered by Intuit Payroll

**O.A.M.**

1034 Grove St
Meadville, PA 16335

### Pay Statement

| | |
|---|---|
| Period Start Date | 09/28/2025 |
| Period End Date | 10/11/2025 |
| Pay Date | 10/16/2025 |
| Document | 199323 |

**Net Pay**    **$1,695.54**

## Pay Details

**Addie B Holler**
96 Grant St
Cambridge Springs, PA 16403
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 060024 | Pay Group | ORTHOPEDIC ASSOCIATES OF | |
| SSN | XX | Location | ORTHO ASSOC OF MDVL | |
| Job | TECHNICIAN 1 | CorporateORG | 106 - ORTHO ASSOC OF MDVL | |
| Pay Rate | $24.9240 | Department | 7973 - ORTHO SPINE | |
| Pay Frequency | Biweekly | EOC | 0120 - TECHNICIAN SPECIALISTS | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| REGULAR | 75.600000 | $24.9240 | $1,884.25 | $36,754.57 |
| Overtime | 3.900000 | $24.9240 | $97.20 | $1,568.37 |
| OVERTIME ONCALL | 1.500000 | $24.9240 | $37.39 | $959.57 |
| Coefficient OT-Hourly | 3.900000 | $14.1889 | $55.34 | |
| Coefficient OT-Hourly | 1.500000 | $14.1889 | $21.28 | $1,393.70 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,141.87 |
| PTO | 0.000000 | $0.0000 | $0.00 | $2,269.46 |
| CI | 0.000000 | $0.0000 | $0.00 | $24.92 |
| OC AMOUNT | | | $279.75 | $4,247.38 |

Total Hours 81.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 1K6P 401K | Yes | $71.26 | $1,450.77 | $0.00 | $0.00 |
| AFLAC ACCIDENT | Yes | $11.43 | $240.03 | $0.00 | $0.00 |
| AFLAC CRITICAL | Yes | $10.92 | $229.32 | $0.00 | $0.00 |
| AFLAC SHORT TER | No | $28.32 | $594.72 | $0.00 | $0.00 |
| CAFE SALES | No | $4.98 | $90.78 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $0.00 | $34.30 |
| WC957 | No | $0.00 | $0.00 | $7.74 | $157.66 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $252.18 | $5,135.71 |
| Employee Medicare | $34.11 | $694.41 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $145.88 | $2,969.21 |
| PA State Income Tax | $72.23 | $1,470.25 |
| VERNON | $44.70 | $909.91 |
| VERNON TWP LST | $2.00 | $42.00 |
| PA Unemployment Employee | $1.66 | $33.85 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Holiday | 0.0000 | 0.0000 |
| Paid Time Off | 180.0110 | 306.0110 |
| Paid Time Off- | -172.9340 | 0.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
|  | Checking | $1,695.54 |
| Total |  | $1,695.54 |

## Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,375.21 | $2,281.60 | $552.76 | $126.91 | **$1,695.54** |
| YTD | $48,359.84 | $46,439.72 | $11,255.34 | $2,605.62 | $34,498.88 |

O.A.M.

1034 Grove St
Meadville, PA 16335

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/12/2025 |
| Period End Date | 10/25/2025 |
| Pay Date | 10/30/2025 |
| Document | 201707 |

**Net Pay**    **$1,721.86**

## Pay Details

**Addie B Holler**
96 Grant St
Cambridge Springs, PA 16403
USA

| | |
|---|---|
| Employee Number | 060024 |
| SSN | |
| Job | TECHNICIAN 1 |
| Pay Rate | $24.9240 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | ORTHOPEDIC ASSOCIATES OF |
| Location | ORTHO ASSOC OF MDVL |
| CorporateORG | 106 - ORTHO ASSOC OF MDVL |
| Department | 7973 - ORTHO SPINE |
| EOC | 0120 - TECHNICIAN SPECIALISTS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 75.600000 | $24.9240 | $1,884.25 | $38,638.82 |
| Overtime | 2.000000 | $24.9240 | $49.85 | $1,618.22 |
| OVERTIME ONCALL | 3.100000 | $24.9240 | $77.26 | $1,036.83 |
| Coefficient OT-Hourly | 2.000000 | $14.1730 | $28.35 | |
| Coefficient OT-Hourly | 3.100000 | $14.1730 | $43.94 | $1,465.99 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,141.87 |
| PTO | 2.000000 | $24.9240 | $49.85 | $2,319.31 |
| CI | 0.000000 | $0.0000 | $0.00 | $24.92 |
| OC AMOUNT | | | $283.00 | $4,530.38 |

Total Hours 82.700000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 1K6P 401K | Yes | $72.50 | $1,523.27 | $0.00 | $0.00 |
| AFLAC ACCIDENT | Yes | $11.43 | $251.46 | $0.00 | $0.00 |
| AFLAC CRITICAL | Yes | $10.92 | $240.24 | $0.00 | $0.00 |
| AFLAC SHORT TER | No | $28.32 | $623.04 | $0.00 | $0.00 |
| CAFE SALES | No | $4.64 | $95.42 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $0.00 | $34.30 |
| WC957 | No | $0.00 | $0.00 | $7.88 | $165.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $260.99 | $5,396.70 |
| Employee Medicare | $34.72 | $729.13 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $148.44 | $3,117.65 |
| PA State Income Tax | $73.50 | $1,543.75 |
| VERNON | $45.49 | $955.40 |
| VERNON TWP LST | $2.00 | $44.00 |
| PA Unemployment Employee | $1.69 | $35.54 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Holiday | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 130.0000 |
| Paid Time Off- | 7.0770 | 7.0770 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $1,721.86 |
| Total | | $1,721.86 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,416.50 | $2,321.65 | $566.83 | $127.81 | **$1,721.86** |
| YTD | $50,776.34 | $48,761.37 | $11,822.17 | $2,733.43 | $36,220.74 |

**O.A.M.**

1034 Grove St
Meadville, PA 16335

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/26/2025 |
| Period End Date | 11/08/2025 |
| Pay Date | 11/13/2025 |
| Document | 204280 |

**Net Pay**    **$1,882.28**

## Pay Details

**Addie B Holler**
96 Grant St
Cambridge Springs, PA
16403
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 060024 | Pay Group | ORTHOPEDIC ASSOCIATES OF | |
| SSN | | Location | ORTHO ASSOC OF MDVL | |
| Job | TECHNICIAN 1 | CorporateORG | 106 - ORTHO ASSOC OF MDVL | |
| Pay Rate | $24.9240 | Department | 7973 - ORTHO SPINE | |
| Pay Frequency | Biweekly | EOC | 0120 - TECHNICIAN SPECIALISTS | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 80.000000 | $24.9240 | $1,993.92 | $40,632.74 |
| Overtime | 8.100000 | $24.9240 | $201.88 | $1,820.10 |
| OVERTIME ONCALL | 3.300000 | $24.9240 | $82.25 | $1,119.08 |
| Coefficient OT-Hourly | 8.100000 | $13.7435 | $111.32 | |
| Coefficient OT-Hourly | 3.300000 | $13.7435 | $45.35 | $1,622.66 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,141.87 |
| PTO | 0.000000 | $0.0000 | $0.00 | $2,319.31 |
| CI | 0.000000 | $0.0000 | $0.00 | $24.92 |
| OC AMOUNT | | | $234.25 | $4,764.63 |

Total Hours 91.400000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 1K6P 401K | Yes | $80.07 | $1,603.34 | $0.00 | $0.00 |
| AFLAC ACCIDENT | Yes | $11.43 | $262.89 | $0.00 | $0.00 |
| AFLAC CRITICAL | Yes | $10.92 | $251.16 | $0.00 | $0.00 |
| AFLAC SHORT TER | No | $28.32 | $651.36 | $0.00 | $0.00 |
| CAFE SALES | No | $3.21 | $98.63 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $3.43 | $37.73 |
| WC957 | No | $0.00 | $0.00 | $8.70 | $174.24 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $314.87 | $5,711.57 |
| Employee Medicare | $38.37 | $767.50 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $164.09 | $3,281.74 |
| PA State Income Tax | $81.25 | $1,625.00 |
| VERNON | $50.29 | $1,005.69 |
| VERNON TWP LST | $2.00 | $46.00 |
| PA Unemployment Employee | $1.87 | $37.41 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Holiday | 0.0000 | 0.0000 |
| Paid Time Off | 0.0000 | 130.0000 |
| Paid Time Off- | 7.0770 | 14.1540 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $1,882.28 |
| Total | | $1,882.28 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,668.97 | $2,566.55 | $652.74 | $133.95 | **$1,882.28** |
| YTD | $53,445.31 | $51,327.92 | $12,474.91 | $2,867.38 | $38,103.02 |

O.A.M.

1034 Grove St
Meadville, PA 16335

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/09/2025 |
| Period End Date | 11/22/2025 |
| Pay Date | 11/26/2025 |
| Document | 206219 |

**Net Pay**     **$1,765.59**

## Pay Details

**Addie B Holler**
96 Grant St
Cambridge Springs, PA 16403
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 060024 | Pay Group | ORTHOPEDIC ASSOCIATES OF | |
| SSN | | Location | ORTHO ASSOC OF MDVL | |
| Job | TECHNICIAN 1 | CorporateORG | 106 - ORTHO ASSOC OF MDVL | |
| Pay Rate | $24.9240 | Department | 7973 - ORTHO SPINE | |
| Pay Frequency | Biweekly | EOC | 0120 - TECHNICIAN SPECIALISTS | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 80.000000 | $24.9240 | $1,993.92 | $42,626.66 |
| Overtime | 5.300000 | $24.9240 | $132.10 | $1,952.20 |
| OVERTIME ONCALL | 0.000000 | $0.0000 | $0.00 | $1,119.08 |
| Coefficient OT-Hourly | 5.300000 | $14.0908 | $74.68 | $1,697.34 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,141.87 |
| PTO | 0.000000 | $0.0000 | $0.00 | $2,319.31 |
| CI | 0.000000 | $0.0000 | $0.00 | $24.92 |
| OC AMOUNT | | | $277.87 | $5,042.50 |

Total Hours    85.300000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 1K6P 401K | Yes | $74.36 | $1,677.70 | $0.00 | $0.00 |
| AFLAC ACCIDENT | Yes | $11.43 | $274.32 | $0.00 | $0.00 |
| AFLAC CRITICAL | Yes | $10.92 | $262.08 | $0.00 | $0.00 |
| AFLAC SHORT TER | No | $28.32 | $679.68 | $0.00 | $0.00 |
| CAFE SALES | No | $0.00 | $98.63 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $0.00 | $37.73 |
| WC957 | No | $0.00 | $0.00 | $8.08 | $182.32 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $274.24 | $5,985.81 |
| Employee Medicare | $35.62 | $803.12 |
| Social Security Employee Tax | $152.28 | $3,434.02 |

| Tax | Current | YTD |
|---|---|---|
| PA State Income Tax | $75.41 | $1,700.41 |
| VERNON | $46.67 | $1,052.36 |
| VERNON TWP LST | $2.00 | $48.00 |
| PA Unemployment Employee | $1.73 | $39.14 |

## Paid Time Off

## Net Pay Distribution

| Plan | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|
| Holiday | 0.0000 | 8.0000 | | Checking | $1,765.59 |
| Paid Time Off | 0.0000 | 130.0000 | Total | | $1,765.59 |
| Paid Time Off- | 7.0770 | 21.2310 | | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,478.57 | $2,381.86 | $587.95 | $125.03 | **$1,765.59** |
| YTD | $55,923.88 | $53,709.78 | $13,062.86 | $2,992.41 | $39,868.61 |