**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−10672−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Luke W. Holler                                     Addie B. Holler
   96 Grant Street                                  96 Grant Street
   Cambridge Springs, PA 16403       Cambridge Springs, PA 16403

Social Security No.:
   xxx−xx−9585                                        xxx−xx−1904

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| **DATE/TIME/LOCATION OF MEETING OF CREDITORS**<br>March 30, 2026<br>02:00 PM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | **CONFIRMATION HEARING DATE/TIME/LOC**<br>March 30, 2026<br>02:00 PM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/24/26                                           BY THE COURT

                                                              John C Melaragno
                                                              Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Luke W. Holler  
Addie B. Holler  
    Debtors

Case No. 25-10672-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4  
Date Rcvd: Feb 24, 2026     Form ID: rsc13     Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Luke W. Holler, Addie B. Holler, 96 Grant Street, Cambridge Springs, PA 16403-1012 |
| 16614391 | | Concora Credit, PO Box 84049, Beaverton, OR 97076-4477 |
| 16613555 | + | Meadville Medical Center, PO Box 801696, Kansas City, MO 64180-1696 |
| 16613558 | + | Pscu/tendto Credit Uni, 1129 State St, Erie, PA 16501-1911 |
| 16613568 | + | Synchrony Bank/Park West Gallery CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 16613573 | + | Tendto Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 16618865 | + | Tendto Credit Union, c/o Carol F. Layton, Payment Solutions Manager, 1129 State Street, Erie, PA 16501-1911 |
| 16613576 | + | UPMC Life Changing Medicine, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2026 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2026 00:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16613538 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 25 2026 00:37:58 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16633676 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2026 00:38:13 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16613539 | + | Email/Text: bk@avant.com | Feb 25 2026 00:29:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 16613540 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 00:38:12 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16613541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 00:38:12 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16613542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2026 00:50:26 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16633598 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2026 00:50:24 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16613543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2026 00:50:26 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16613544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:29:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: rsc13 | Total Noticed: 64 |

| Recipient | Notice Type | Date/Time | Address |
|---|---|---|---|
| 16613545 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:29:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16613546 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:29:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16613547 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:29:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 16613548 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2026 00:37:37 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16613549 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2026 00:29:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16614392 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 25 2026 00:29:00 | Destiny Mastercard, c/o Concora Credit, Inc, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 16613550 | + Email/Text: kslater@eriefcu.org | Feb 25 2026 00:29:00 | Erie Federal Credit Union, Attn: Bankruptcy Dept, 3503 Peach Street, Erie, PA 16508-2741 |
| 16613551 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 25 2026 00:29:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16613552 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 25 2026 00:29:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16614393 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 25 2026 00:29:00 | Indigo Celtic Bank, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 16626652 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2026 00:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16613553 | ^ MEBN | Feb 25 2026 00:26:27 | Kubota Credit Corp, USA, Attn: Bankruptcy, 1000 Kubota Drive,, Grapevine, TX 76051-2334 |
| 16633170 | + Email/Text: KubotaBKNotices@nationalbankruptcy.com | Feb 25 2026 00:29:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 16633638 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2026 00:37:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16634213 | + Email/Text: bankruptcy@marinerfinance.com | Feb 25 2026 00:29:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 16626034 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2026 00:37:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16613557 | Email/Text: ml-ebn@missionlane.com | Feb 25 2026 00:28:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 16613554 | + Email/Text: bankruptcy@marinerfinance.com | Feb 25 2026 00:29:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16613556 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2026 00:37:56 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 16629854 | + Email/Text: bankruptcynotices@psecu.com | Feb 25 2026 00:29:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 16613559 | + Email/Text: bankruptcynotices@psecu.com | Feb 25 2026 00:29:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 16632713 | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16632712 | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16618438 | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16613560 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: rsc13 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16630356 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 25 2026 00:29:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| | | | Feb 25 2026 00:29:00 | Rocket Mortgage, LLC, fka Quicken Loans, LLC, fka Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 16613561 | + | Email/Text: bankruptcy@bbandt.com | Feb 25 2026 00:29:00 | Sheffield Financial Co, Po Box 849, Wilson, NC 27894-0849 |
| 16629873 | | Email/Text: bankruptcy@bbandt.com | Feb 25 2026 00:29:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 16613562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:37 | Syncb/Car Care Summi, Attn: Bankruptcy, P.O. Box 965065,, Orlando, FL 32896-5065 |
| 16613563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:38:11 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16613564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:33 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 16613565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:38:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16613566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:56 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 16613567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16613569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:38:11 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16613570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:36 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16616894 | ^ | MEBN | Feb 25 2026 00:26:20 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 16613571 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 25 2026 00:29:00 | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 16613572 | + | Email/Text: bankruptcy@td.com | Feb 25 2026 00:29:00 | Tdrcs/yard Card X, Td Retail Card Services, Attn: Bankruptc, Po Box 100114, Columbia, SC 29202-3114 |
| 16618007 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2026 00:29:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 16613574 | | Email/Text: bknotice@upgrade.com | Feb 25 2026 00:28:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 16613575 | | Email/Text: bknotice@upgrade.com | Feb 25 2026 00:28:00 | Uplift/cb, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 16634785 | + | Email/Text: BNCnotices@dcmservices.com | Feb 25 2026 00:29:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 16631766 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 25 2026 00:37:57 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 16613577 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 25 2026 00:37:36 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

cr                       Tendto Credit Union

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name**                   **Email Address**

Daniel P. Foster
on behalf of Debtor Luke W. Holler dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Addie B. Holler dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Matthew Fissel
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Nicholas R. Pagliari
on behalf of Creditor Tendto Credit Union npagliari@mijb.com  sburick@mijb.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7